UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NICHOLAS MEDLEY,**

    **Plaintiff,**

v.                                                              Case No.: 8:17-cv-2207-T-30AAS

**BLUE DEVIL TATTOO,**

    **Defendant.**
_____/

## **ORDER**

Nicholas Medley filed a motion for appointment of process server (Doc. 46). Mr. Medley also filed a blank fact information sheet. (Doc. 47).

Under the Local Rules, all requests for relief from the court are to be made in the form of a motion, and must comply with all other rules regarding motions. *See* Local Rule 3.01(a), M.D. Fla. ("[i]n a motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis of the request, and a memorandum of legal authority in support of the request [.]"). Mr. Medley's filings to not comply with the Local Rules.

Accordingly, it is **ORDERED** that:

(1) Mr. Medley's Motion for Appointment of Process Server (Doc. 46) is **DENIED without prejudice** to refiling in compliance with all applicable rules regarding motions.

(2) Mr. Medley's Fact Information Sheet (Doc. 47) is **STRICKEN**.

**ORDERED** in Tampa, Florida on this 13th day of June, 2018.

*/s/ Amanda Arnold Sansone*
_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge